# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

**FILED**

**OCT 18 2000**

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

No. 98-3750EMSL

Kofi Nyameke,

    Appellant,

vs.

Curators of the University of
Missouri-Rolla; John T. Park,
Individually and as Chancellor
University of Missouri Rolla,

    Appellees.

Appeal from the United States
District Court for the
Eastern District of Missouri

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

July 18, 2000

A true copy

ATTEST: Michael E. Gans

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

**MANDATE ISSUED**

**OCT 18 2000**

#110

```
UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
            INTERNAL RECORD KEEPING
```

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 10/19/00 by tcorley
              4:96cv1887     Nyameke vs Univ. of MO Rolla

42:2000e   Job Discrimination (Employment)

Christopher Kanzler -   62156        Fax: 314-862-3953
W. McCarter -   3786                 Fax: 314-862-3953

Bradley Washburn -    42493
7045 Forsyth
St. Louis, MO   63105

Judge Mummert (via mailbox in unit)

SCANNED & FAXED BY:

OCT 1 9 2000

C.L.F.
nm